IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE L. PENN, JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 07-00308-CB-B |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 31, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 22nd day of February, 2008.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**